UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05 - 20384
Consent Case
Lenard/Klein

ALLEN E. WEINTRAUB,

Plaintiff,

vs.

DARK DYNAMITE, INC.,etc., et al.,

Defendants.




**AGREED ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

THIS CAUSE came before the Court for hearing on September 13, 2005, pursuant to the Court's Order Setting Hearing (D.E.No. 29 ), on the Defendants' Motion to Dismiss (D.E. No. 6), filed March 15, 2005, Plaintiff's Response to Defendants' Motion to Dismiss (D.E. No. 22) filed April 12, 2005, and Defendants' Reply (D.E. No. 28), filed May 20, 2005. At the beginning of the hearing counsel for both sides announced that they had agreed to a transfer of the case to the United States District Court for the District of Utah, pursuant to 28 U.S.C. § 1404(a). The Court having considered the parties' stipulation in open court, having reviewed the file, and being otherwise fully advised in the premises, it is, therefore, ORDERED AND ADJUDGED:

1. Defendants' Motion to Dismiss (D.E. No. 6) is GRANTED in part as set forth below.

2. Upon the parties' stipulation in open court, the Court finds that an adequate, alternative forum is available in the United States District Court for the District of Utah, and weighing the relative advantages and obstacles to a fair trial in each forum, the Court determines that this action should in the interests of justice be transferred to the United States District Court for the

32 TK

District of Utah.

3. Pursuant to 28 U.S.C. § 1404(a), for the convenience of parties and witnesses, in the interest of justice, the Court hereby transfers this action to the United States District Court for the District of Utah,

DONE AND ORDERED in Chambers at Miami, Florida, this 19 day of September, 2005.

THEODORE KLEIN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Jesse C. Jones
Michael Paul Shienvold